# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

———————————————————————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of September, two thousand and fifteen,

———————————————————————

Nicholas Morgan,

                Petitioner - Appellant,

v.

Mark Bradt, as Superintendent of Attica Correctional Facility, Eric T. Schneiderman, New York State Attorney General,

                Respondents - Appellees.

———————————————————————

**ORDER**

Docket No. 15-2256

Appellant Nicholas Morgan's submission of a Letter does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Letter is stricken from the docket.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court